### AFFIDAVIT OF WADE McGILVRAY

I, Special Agent Wade McGilvray being duly sworn, state as follows:

### INTRODUCTION

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI").  I have been a Special Agent for the FBI since October 2024. I am assigned to FBI Boston's Violent Crimes Task Force (VCTF).  The VCTF investigates violent crimes with a federal nexus, including bank robberies, kidnappings, extortions, firearms violations, Hobbs Act commercial robberies, and fugitives charged with UFAP.  The VCTF conducts proactive intelligence driven operations to identify and investigate the most dangerous, violent offenders in the Greater Boston area.  I have participated in court authorized search and arrest warrants associated with federal violent crime violations, in addition to attending the 16-week FBI Academy training in Quantico, Virginia.

2.      I am currently investigating Moises Alejandro MARTINEZ GUTIERREZ (born in 1997), Lestter GUERRERO (born in 1997), and others for conspiracy to commit bank theft, in violation of 18 U.S.C. § 371 (the "Target Offense").  This affidavit is submitted in support of an application for a criminal complaint and arrest warrants charging MARTINEZ GUTIERREZ and GUERRERO with violating the Target Offense.

3.      This affidavit is submitted for the limited purpose of securing a complaint and arrest warrants, and therefore I have not set forth every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted, and information provided to me by other law enforcement officers verbally and through written reports.

**BACKGROUND ON ATM JACKPOTTING AND TREN de ARAGUA**

4.      For at least the past 12 to 18 months, the United States Department of Justice and the FBI have been investigating a nationwide conspiracy, believed to be coordinated and committed by members of Tren de Aragua ("TdA"), to steal money from Automatic Teller Machines ("ATMs"), often co-located at FDIC[1] insured banks or NCUA[2] insured credit unions, using malicious software ("malware")—a scheme referred to as ATM jackpotting.  ATM jackpotting schemes typically involve a crew of individuals who travel to targeted ATMs and install malware directly to the ATM's software programming to force the ATM to dispense all its cash.  Members of the ATM jackpotting crew typically serve specific roles in the operation.  Some provide surveillance of the ATM location.  Others use a physical key that is specific to the ATM model to access the ATM's control system.  Members of the scheme then use a pre-programmed device to install malware into the ATM itself, enabling them to override the maximum withdrawal limit at the ATM, often leaving it empty.  After emptying the ATM, the criminal group removes the device and departs the location.

5.      TdA is a violent transnational criminal organization that originated in Venezuela in the mid-2000s.  TdA has expanded its criminal network throughout the Western Hemisphere and established a presence in the United States.  TdA's criminal activities include human smuggling, extortion, drug trafficking, kidnapping, and robbery.  TdA has developed additional revenue sources through a range of other criminal activities, including ATM jackpotting.  TdA has used

---

[1] The Federal Deposit Insurance Corporation (FDIC) is an independent agency created by Congress to maintain stability and public confidence in the nation's financial system.  The FDIC insures deposits; examines and supervises financial institutions for safety, soundness, and consumer protection; makes large and complex financial institutions resolvable; and manages receiverships.

[2] The National Credit Union Administration (NCUA) is an independent federal agency that insures deposits at federally insured credit unions, protects the members who own credit unions, and charters and regulates federal credit unions.

ATM jackpotting in the United States to steal millions of dollars from financial institutions. TdA members and associates typically employ the modus operandi summarized above–surveillance, breaking into the ATM, and using malware that forces the ATM to dispense currency. TdA typically distributes jackpotting proceeds amongst its members and associates to conceal its derivation. TdA leadership often instructs its members to split the proceeds from a jackpot operation 50/50. Fifty percent of the money typically is earmarked and sent to TdA leadership in Venezuela, and the remaining 50% is divided among subjects conducting ground operations.[3]

6.     TdA members sometimes indicate their membership with specific tattoos, including, for example, crowns, roses, trains, dice, guns, clocks, and the number 23; clothing

---

[3] On July 11, 2024, the U.S. Department of Treasury designated TdA a transnational criminal organization under Executive Order 13581. On February 20, 2025, the United States Secretary of State designated TdA a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and a Specially Designated Global Terrorist under Executive Order 13224. Federal prosecutors in Nebraska have charged 93 alleged leaders and members of TdA with a range of federal offenses, including a nationwide jackpotting conspiracy to steal millions of dollars from ATM machines and conspiracy to provide material support to terrorists in violation of, *inter alia,* 18 U.S.C. § 2339A. *See United States v. Aguirre, et al.*, 25-cr-00242 (D.N.E. 2025). Press Release, U.S. Dep't of Justice, Tren De Aragua Members and Leaders Indicted in Multi-Million Dollar ATM Jackpotting Scheme (Dec. 18, 2025), https://www.justice.gov/usao-ne/pr/tren-de-aragua-members-and-leaders-indicted-multi-million-dollar-atm-jackpotting-scheme; Press Release, U.S. Dep't of Justice, Six More Defendants Charged in International "ATM Jackpotting" Scheme (Feb. 20, 2026), https://www.justice.gov/opa/pr/six-more-defendants-charged-international-atm-jackpotting-scheme ("[T]he Justice Department has secured charges against a total of 93 TdA members and leaders with a range of federal offenses that include material support to a designated foreign terror organization, bank burglary, money laundering, damage and unauthorized access to protected computers, bank fraud, and conspiracy to commit the same offenses"). *See also United States v. Guerrero Flores*, 25-cr-00587 (S.D.N.Y. 2025) (TdA leader charged with conspiracy to provide material support to terrorists as well as racketeering conspiracy consisting of multiple acts involving murder, extortion, and robbery); Press Release, U.S. Dep't of Justice, Tren de Aragua senior leadership charged with terrorism and international drug distribution (Dec. 18, 2025), https://www.justice.gov/usao-sdtx/pr/tren-de-aragua-senior-leadership-charged-terrorism-and-international-drug-distribution (four Venezuelan nationals, including multiple alleged high-ranking members of TdA, charged in the Southern District of Texas with conspiring to provide and providing material support to a designated terrorist organization and conspiracy to distribute and distribution of cocaine in Colombia intended for distribution in the United States).

associated with Michael Jordan or the Chicago Bulls; and/or the use of certain phrases in tattoos or elsewhere, such as "Hijos de Dios" ("Sons of God").

<u>**STATEMENT OF PROBABLE CAUSE**</u>

7.     On or around February 6, 2024, FBI Boston and other law enforcement partners began investigating a series of attempted and completed ATM jackpotting thefts in Massachusetts, Connecticut, Rhode Island, New Hampshire, and Maine.   The chart below details each of the jackpotting robberies identified to date committed by MARTINEZ GUTIERREZ and unidentified co-conspirators.   The two jackpotting robberies for which there is probable cause to believe GUERRERO also participated are denoted with an asterisk.[4]

| No. | Date | Bank/Credit Union | City | State | Approx. Amt. Stolen |
|---|---|---|---|---|---|
| 1 | 12/31/25 | Ascend Bank | Norwich | CT | $38,350 |
| 2 | 1/14/26 | Ocean State Credit Union | Coventry | RI | $0 (attempted) |
| 3 | 1/19/26 | Stoneham Bank | Stoneham | MA | $0 (attempted) |
| 4 | 1/20/26 | Liberty Bay Credit Union | Braintree | MA | $72,500 |
| 5 | 1/30/26 | Granite State Credit Union* | Rochester | NH | $58,200 |
| 6 | 2/5/26 | Connected Credit Union* | Augusta | ME | $0 (attempted) |
| | | | | **Total** | **$169,050** |

8.     During each ATM jackpotting incident, security video images show a subject matching the appearance of MARTINEZ GUTIERREZ.   In each robbery, MARTINEZ GUTIERREZ is wearing a black and grey plaid overshirt (the "Plaid Overshirt").   In the Coventry, Stoneham, and Braintree robberies, MARTINEZ GUTIERREZ is wearing a black and grey face covering (the "Black/Grey Face Covering").   In the Norwich, Coventry, Stoneham, and Braintree robberies, MARTINEZ GUTIERREZ is wearing a black knit hat (the "Black Hat").   During the

---

[4] The FBI is investigating a total of approximately 13 reported ATM jackpotting robberies and attempted robberies in the New England region during the period December 1, 2025, through February 5, 2026.

Rochester and Augusta robberies, MARTINEZ GUTIERREZ is wearing a neon reflective traffic vest (the "Neon Traffic Vest").

9.      On February 5, 2026, MARTINEZ GUTIERREZ and GUERRERO were arrested in Augusta, ME, following a jackpotting attempt at an ATM at Connected Credit Union.  The two men were found near the credit union in a black Ford Fusion bearing New Hampshire registration 5567034 (the "Black Ford").  The license plate had been reported stolen and was registered to a different car.  At the time of his arrest, MARTINEZ GUTIERREZ was wearing a black and grey plaid overshirt identical to the Plaid Overshirt worn during all six ATM jackpotting incidents noted above.  Investigators seized from the Black Ford a reflective traffic vest and a hat with ear flaps matching the Neon Traffic Vest and hat with ear flaps worn by the subject on video during the Rochester and Augusta ATM jackpotting robberies (the "Hat With Ear Flaps").[5]  The tattoo on the subject's left hand captured on the video of the Norwich jackpotting on December 31st matches the tattoo on MARTINEZ GUTIERREZ's left hand.  The mole by the subject's right eye captured on the video of the Stoneham jackpotting on January 19th matches the mole by MARTINEZ GUTIERREZ's right eye.  The security video footage from the Rochester jackpotting robbery captures images of both MARTINEZ GUTIERREZ and GUERRERO.  During the Rochester jackpotting, GUERRERO is seen on video using an orange iPhone which appears identical to the orange iPhone seized from him when he was arrested six days later during the attempted jackpotting in Augusta, ME.

## A.  December 31, 2025:  ATM Jackpotting – Norwich, CT

10.     On or about December 31, 2025, at approximately 12:30 a.m., security video from Ascend Bank in Norwich, CT, shows an individual, wearing the Black Hat, and the Plaid Overshirt

---

[5] MARTINEZ GUTIERREZ also wore a reflective vest during the Norwich robbery though it appeared to be a different style.

under a black jacket, subsequently identified as MARTINEZ GUTIERREZ, approaching the ATM

connected to the bank on an electric scooter. MARTINEZ GUTIERREZ appears to open the ATM,

use his cellphone, close the ATM then depart minutes later.

11.     Approximately one hour later, security video footage from the ATM, a still image

of which is depicted below, shows MARTINEZ GUTIERREZ approach the ATM in a dark colored

Volvo SUV with two unidentified male co-conspirators. MARTINEZ GUTIERREZ is speaking

on a cellphone as he accesses the ATM and appears to use a second cellphone to take a photograph

of the ATM. The ATM dispenses money, and MARTINEZ GUTIERREZ hands it to the

unidentified male co-conspirator who places a rubber band around the money. MARTINEZ

GUTIERREZ then appears to take a photograph of the banded money with his cellphone.[6]



MARTINEZ GUTIERREZ holding a cellphone toward the ATM



MARTINEZ GUTIERREZ passing cash he retrieved from the ATM to a co-conspirator

12.     Below is a still photograph from the ATM security video showing MARTINEZ

GUTIERREZ holding the steering wheel and driving away moments after stealing $38,350 from

Ascend Bank. The tattoo on MARTINEZ GUTIERREZ's left hand in this photograph matches

the tattoo seen on his left hand on February 5, 2026, when he was arrested and booked at the

---

[6] At approximately 2:56 a.m., security footage shows MARTINEZ GUTIERREZ return on the electric scooter, open the ATM, then close the ATM and leave the area.

Augusta Police Department for the attempted jackpotting of Connected Credit Union in Augusta, ME.



The tattoo on MARTINEZ GUTIERREZ's left hand

13.     On December 31, 2025, using the jackpotting techniques described herein, MARTINEZ GUTIERREZ and his unidentified co-conspirators stole $38,350 from an Ascend Bank ATM machine.

**B.  <u>January 14–15, 2026:  Attempted ATM Jackpotting–Coventry, RI</u>**

14.     On or about January 14, 2026, at approximately 11:14 p.m., security video at Ocean State Credit Union in Coventry, RI, captured MARTINEZ GUTIERREZ approaching the drive-up ATM on an electric scooter.  He was visible for approximately one minute, during which he held his cellphone up to the ATM, then left.

15.     At 11:36 p.m., security video captured the images immediately below of MARTINEZ GUTIERREZ approaching the bank's ATM wearing the Plaid Overshirt, the Black Hat and the Black/Grey Face Covering.  MARTINEZ GUTIERREZ is wearing clear gloves and speaking and/or typing on a cellphone.

 

MARTINEZ GUTIERREZ facing the ATM and speaking/typing on his cell phone

16.     The video footage shows MARTINEZ GUTIERREZ tampering with the ATM and then leaving on an electric scooter.  At approximately 12:55 a.m. on January 15, 2026, MARTINEZ GUTIERREZ walks back to the ATM, accesses and tampers with the ATM, and then leaves on foot at approximately 1:07 a.m.  Credit union personnel examined the ATM and concluded that it was accessed with a key but that the attempted jackpotting was unsuccessful and no unauthorized cash appeared to have been removed.[7]

**C.  <u>January 19–20, 2026:  Attempted ATM Jackpotting—Stoneham, MA</u>**

17.     On or about January 19, 2026, at approximately 11:30 p.m., security video footage from Stoneham Bank in Stoneham, MA, captured the images below of MARTINEZ GUTIERREZ, dressed in the Plaid Overshirt, the Black Hat, and the Black/Grey Face Covering, arriving at the ATM on an electric scooter in the middle drive-through lane.  The video shows him standing at the

---

[7] There was approximately $97,670 in cash in the ATM on the night of the attempted robbery.

ATM holding a backpack and holding his cellphone toward the ATM. The photograph on the left shows MARTINEZ GUTIERREZ on his cellphone in front of the ATM; the photograph on the right is a close-up of his right eye, to the right of which is a distinctive mole that matches the mole in the booking photo from his arrest in Augusta, ME, on February 5, 2026.



MARTINEZ GUTIERREZ facing the ATM with his cell phone



Close up of MARTINEZ GUTIERREZ's right eye

18.    MARTINEZ GUTIERREZ appears to use a key (in the yellow circle in the image below) to open the ATM and manipulate something within the ATM. He then points his cellphone at the ATM and appears to have a second cellphone. After several minutes, he leaves on the scooter.



MARTINEZ GUTIERREZ holding what appears to be an ATM key

9

19.    Later that night, just before 12:30 a.m., MARTINEZ GUTIERREZ returns and repeats the same actions on the ATM located in the outer drive-through lane, as depicted in the still image below.



MARTINEZ GUTIERREZ
in the outside ATM lane

20.    The bank reported that the attempted jackpotting robbery was unsuccessful and that no unauthorized cash appeared to have been removed.[8]

**D.  January 20, 2026:  ATM Jackpotting–Braintree, MA**

21.    On or about January 20, 2026, at approximately 2:44 a.m., security video at Liberty Bay Credit Union in Braintree, MA, captured the images of MARTINEZ GUTIERREZ depicted below, wearing the Plaid Overshirt, the Black Hat, and the Black/Grey Face Covering, as he approached the ATM on an electric scooter.  Representatives of the bank determined that the ATM was accessed with a key.  MARTINEZ GUTIERREZ stayed at the open ATM for approximately two minutes and then left on the scooter.  He returned approximately ten minutes later and then left again.

---

[8] There was approximately $85,560 in cash in the ATM on the night of the attempted robbery.



Still image of MARTINEZ GUTIERREZ
arriving at the ATM on an electric scooter



Still image after MARTINEZ GUTIERREZ
returned with key visible in left hand

22.     At approximately 3:45 a.m., MARTINEZ GUTIERREZ and an unidentified co-conspirator entered the drive through of the ATM in a silver-colored sedan bearing Virginia registration number TEN2238 (the "Silver Sedan").[9]  At various times throughout the night, until approximately 6:05 a.m., MARTINEZ GUTIERREZ and his co-conspirator drove the Silver Sedan through the ATM drive through, stole cash from the ATM, then departed the area.  The photograph below shows MARTINEZ GUTIERREZ and his co-conspirator in the Silver Sedan stealing from the Liberty Bay Credit Union ATM machine.

---

[9] The license plate of the Silver Sedan was captured by a nearby traffic camera at or around the time the car approached the ATM drive through.  The camera did not capture the car's make or model.  On January 19, 2026, a vehicle also with Virginia license plate TEN2238 was captured by a nearby traffic camera around the time of the Stoneham jackpotting robbery. The camera did not capture the vehicle make or model.






MARTINEZ GUTIERREZ pointing
his cellphone at the ATM

A second cellphone being pointed at the ATM

23.     The day after the robbery, credit union representatives discovered that a Samsung hard drive had been attached to the interior of the ATM.[10]   On January 20, 2026, using the jackpotting techniques described herein, MARTINEZ GUTIERREZ and his unidentified co-conspirators stole $72,500 from a Liberty Bay Credit Union ATM machine.

### E.   January 30, 2026:  ATM Jackpotting – Rochester, NH

24.     On or about January 30, 2026, at approximately 12:03 a.m., security video at Granite State Credit Union in Rochester, NH, captured the images below of MARTINEZ GUTIERREZ, wearing the Hat With Ear Flaps, the Plaid Overshirt, and the Neon Traffic Vest, pointing his cellphone at the ATM.  While he is standing at the ATM, MARTINEZ GUTIERREZ is seen on video opening and closing the ATM cover.

---

[10] The Braintree police seized the Samsung hard drive and sent it to the Massachusetts State Police Laboratory for forensic testing.



MARTINEZ GUTIERREZ
facing the ATM

25.    At approximately 1:43 a.m., MARTINEZ GUTIERREZ is seen on video interacting with the ATM when a black Chevy sedan (the "Black Sedan") pulls into the ATM drive through.  MARTINEZ GUTIERREZ gets into the passenger seat of the Black Sedan, and security video captures GUERRERO in the driver's seat, wearing a dark colored sweatshirt and a baseball hat with white stripes, pointing his cell phone at the ATM (depicted below).  The Black Sedan then drives away.



GUERRERO pointing his cellphone at the ATM
with MARTINEZ GUTIERREZ in the passenger seat

26.    Shortly thereafter, the Black Sedan drives through the ATM lane again, this time with MARTINEZ GUTIERREZ in the driver's seat pointing his cell phone at the ATM and

GUERRERO in the passenger seat (depicted below).  The Black Sedan departs the area, again, at approximately 3:29 a.m.



MARTINEZ GUTIERREZ pointing his cell phone at the ATM
with GUERRERO in the passenger seat

27.    At approximately 4:50 a.m., MARTINEZ GUTIERREZ and GUERRERO again enter the ATM drive-through lane in the Black Ford.[11]  Security video captures MARTINEZ GUTIERREZ and GUERRERO pointing their cell phones at the ATM while parked alongside it. GUERRERO handles two different cellphones, including a bright orange iPhone which appears to be the same bright orange iPhone that was seized from him when he was arrested in Augusta, Maine, on February 5, 2026 (*see* photograph to the right below).




GUERRERO pointing a cellphone at          GUERRERO pointing a second, bright
the ATM from the passenger seat            orange iPhone at the ATM

---

[11] Security video from the credit union captured the license plate as the Black Ford drove away.  The plate appears to be the same, stolen New Hampshire plate recovered in Augusta, ME, on February 5, 2026.

28.     MARTINEZ GUTIERREZ and GUERRERO eventually got the ATM to dispense its cash, and they can be seen wrapping the stolen money with rubber bands.  Below is a still image of MARTINEZ GUTIERREZ handing GUERRERO a stack of cash to wrap with a rubber band. At approximately 6:15 a.m., they left the area in the Black Ford.



MARTINEZ GUTIERREZ handing
stolen cash to GUERRERO

29.     On January 30, 2026, using the jackpotting techniques described herein, MARTINEZ GUTIERREZ and GUERRERO and their unidentified co-conspirators stole $58,200 from a Granite State Credit Union ATM machine.

**F.   February 5, 2026:  Attempted ATM Jackpotting – Augusta, ME**

30.     On or about February 5, 2026, at approximately 3:15 a.m., Augusta, ME, police officers responded to the Connected Credit Union bank for reports of a burglar alarm at the ATM. Officers saw no obvious damage to the ATM.  An officer viewed security camera footage with a bank representative.  In the video, the officer saw an individual, subsequently identified as MARTINEZ GUTIERREZ, wearing the Plaid Jacket, the Hat With Ear Flaps, the Neon Traffic Vest, and gloves, approach the ATM, appear to open it, put something inside it, and then leave after about five minutes.

31.     The same officer responded to a second alarm at approximately 4:30 a.m.  Upon arriving, the officer saw the Black Ford parked near the credit union with two men inside.  The passenger, subsequently identified as MARTINEZ GUTIERREZ, was wearing a dark plaid jacket

like that in the security video (i.e., the Plaid Overshirt). The officer learned that the Black Ford had a stolen New Hampshire license plate bearing registration number 5567034.[12] The officer saw a neon traffic vest in the back of the Black Ford (i.e., the Neon Traffic Vest).

32. A second officer was viewing security video from the time of the second alarm. That officer reported to officers on the scene that the same man in the dark plaid jacket had returned to the ATM at the time of the burglar alarm. At approximately 4:30 a.m., security video shows the Black Ford arrive at the ATM and MARTINEZ GUTIERREZ, wearing the Plaid Overshirt, the Neon Traffic Vest, and the Hat With Ear Flaps, exit the passenger side of the Black Ford and walk to the ATM and unlock it.



MARTINEZ GUTIERREZ exiting the Black Ford




MARTINEZ GUTIERREZ approaching the ATM
with the Black Ford waiting behind

MARTINEZ GUTIERREZ bending
down to unlock the ATM

---

[12] This is the same license plate number as that captured on video during the Rochester, NH, jackpotting robbery.

33.    On the video, MARTINEZ GUTIERREZ opens the ATM hood, spends less than two minutes at the ATM, and then returns to the Black Ford, as depicted below.




MARTINEZ GUTIERREZ
with the ATM hood open                        MARTINEZ GUTIERREZ returning to the car

34.    Additional security footage shows the Black Ford driving by the ATM with a man in the driver's seat wearing a red shirt matching the red shirt GUERRERO was wearing at the time of his arrest.[13]



Still image of GUERRERO as he drove the Black Ford past the ATM

35.    Officers requested identification from both men in the Black Ford.  The passenger (MARTINEZ GUTIERREZ) provided officers with a New York City identification card listing the

---

[13] There was approximately $56,460 in cash in the Connected Credit Union ATM on the night of the attempted jackpotting robbery.

name Moises Alejandro Martinez-Gutierre with a date of birth of 12/xx/1997.[14]  The driver (i.e.,

GUERRERO) did not have identification.   Officers arrested MARTINEZ GUTIERREZ and

GUERRERO.[15]

### **Arrest and Identification of MARTINEZ GUTIERREZ and GUERRERO**

36.     The Augusta police booked and photographed both men.  The identifications of

MARTINEZ GUTIERREZ and GUERRERO were confirmed through a Customs and Border

Patrol ("CBP") database and National Crime Information Center ("NCIC") records requests.  CBP

records confirm that both men are Venezuelan nationals who do not have status in the United

States.  Their booking photographs are copied below.





MARTINEZ GUTIERREZ
Booking Photograph

LESTTER GUERRERO
Booking Photograph

37.     The first photograph below, on the left, is a still image from an officer's body

camera from the day of the Augusta, ME, arrest.  It shows the tattoo on the back of MARTINEZ

GUTIERREZ's left hand, which matches the tattoo depicted on MARTINEZ GUTIERREZ's left

---

[14] The identification spelled his last name "Martinez-Gutierre," without the "z."  Immigration records, which I believe are accurate, include the "z."

[15] MARTINEZ GUTIERREZ was charged with criminal mischief and being in possession of burglary tools.  GUERRERO was charged with, among other things, receipt of stolen property, driving without a license, and failure to provide his correct name and address.

hand captured on video during the Coventry, RI, jackpotting robbery described above. The other two photographs below depict examples of MARTINEZ GUTIERREZ's tattoos that are consistent with membership in TdA, including a crown and roses.

  

Image of tattoo on hand        Image of crown tattoo        Partial image of rose tattoo

38.     MARTINEZ GUTIERREZ has a distinctive mole next to his right eye, depicted in the below Augusta, ME, booking photograph. The distinctive mole next to MARTINEZ GUTIERREZ's right eye was captured on surveillance video during the January 19th attempted jackpotting robbery in Stoneham, MA.



Mole next to right eye

39.     Augusta police officers seized the following items from the Black Ford: the Neon Traffic Vest, identical to the one worn by MARTINEZ GUTIERREZ in the security videos from the Norwich, CT, and Rochester, NH, jackpotting robberies; the Hat With Ear Flaps, identical to the hat worn by MARTINEZ GUTIERREZ in the security video from the Rochester, NH,

jackpotting robbery; a second, packaged reflective vest similar to the Neon Traffic Vest; and, in the glove box, an ATM key.  These items are pictured below.



The Neon Traffic Vest found in car



The Hat With Ear Flaps found in car



Second, packaged reflective vest



ATM key found in glovebox

40.     Augusta police officers confirmed that the ATM key worked by successfully testing it on the Connected Credit Union ATM (i.e., it opened the ATM machine).

41.     The plaid jacket MARTINEZ GUTIERREZ was wearing at the time of his arrest in Augusta, ME, matches the Plaid Overshirt that MARTINEZ GUTIERREZ was wearing when he was captured on video during each of the jackpotting and attempted jackpotting robberies.

42.     At the time of his arrest, MARTINEZ GUTIERREZ was in possession of a black iPhone and GUERRERO was in possession of a bright orange iPhone that appears identical to the

bright orange iPhone that he was captured on video with during the Rochester, NH, jackpotting robbery.

### CONCLUSION

43.     Based on the information set forth above, there is probable cause to believe that, from at least December 2025 through February 5, 2026, in Massachusetts and elsewhere, Moises Alejandro MARTINEZ GUTIERREZ, Lestter GUERRERO, and others have conspired to commit bank theft, in violation of 18 U.S.C. § 371.  Accordingly, I respectfully request that the Court issue the attached criminal complaint and warrants for the arrest of MARTINEZ GUTIERREZ and GUERRERO.

I declare that the foregoing is true and correct.

/s/ Wade McGilvray

_____
Wade McGilvray
Special Agent
Federal Bureau of Investigation

Sworn via telephone in accordance with Fed. R. Crim. P. 4.1
on February _____, 2026.

25

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

21